**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN  DISTRICT OF OKLAHOMA**

SYLVESTER SHANNON,                              )
                                                )
       Plaintiff,                           )
                                                )
vs.                                             )      Case No. CIV-05-644-T
                                                )  (Referred to U.S. Magistrate Judge
JO ANNE B. BARNHART,                            )      DOYLE W. ARGO)
Commissioner of the                             )
Social Security Administration,                 )
                                                )
       Defendant.                           )

**JUDGMENT AND ORDER OF REMAND UNDER SENTENCE FOUR**

On examination of the Unopposed Motion to Reverse and Remand to Agency by

Defendant (Court Docket # 15) and review of the file, the Court finds:

1.   Judgment should be entered reversing the decision of the Commissioner and remanding this

     case to the Defendant for further administrative action pursuant to sentence four of § 205(g)

     of the Social Security Act, 42 U.S.C. § 405(g).  *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

2.   Upon remand, the Administrative Law Judge (ALJ) will:

     a.   Obtain testimony from a medical expert regarding the nature of limitations arising
         from Plaintiff's affective disorder, which would remain, even if Plaintiff stopped
         using alcohol.

     b.   Analyze the materiality of Plaintiff's alcohol use, in light of the evidence, including
         the medical expert's testimony.

     c.   Obtain additional testimony from a vocational expert concerning whether jobs exist
         in the national economy for an individual of Plaintiff's age, education, past relevant
         work experience, and residual functional capacity.

IT IS SO ORDERED, ADJUDGED AND DECREED.

Dated this  29th  day of  December , 2005.


_____
RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE